**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ANTWAN GLOVER,**

**Plaintiff,**

**v.** **Case No: 8:24-cv-2913-MSS-NHA**

**CITY OF LAKELAND, et al.,**

**Defendants.**

---

# ORDER

**THIS CAUSE** comes before the Court for consideration of the Joint Motion for Leave for Additional Time to File the Parties' Joint Final Pretrial Statement. (Dkt. 73) Also before the Court is Defendants' Motion for Summary Judgment, (Dkt. 53), Defendants' Motion to Exclude of Limit Testimony and Opinions of Adam Bercovici, (Dkt. 58), and Plaintiff's Daubert Motion to Limit the Testimony of Defendants' Expert Steve Ijames. (Dkt. 49) Upon review and consideration of the foregoing, the Court hereby **ORDERS** as follows:

1. The Court takes under advisement the pending motion for summary judgment and Daubert motions. (Dkts. 49, 53, 58)
2. The Joint Motion for Leave for Additional Time to File the Parties' Joint Final Pretrial Statement, (Dkt. 73), is **GRANTED AS STATED HEREIN**. The following pre-trial deadlines referenced in the Case Management and Scheduling Order, (Dkt. 26), are **STAYED** pending

the Court's resolution of the pending motions: (1) meeting to prepare the joint final pretrial statement; (2) the joint final pretrial statement; (3) motions in limine; and (4) the trial term. Once the substantive motions are resolved, the Court will enter an Amended Case Management and Scheduling Order and set new pre-trial management deadlines and a new trial term, if necessary.

3. This case is set for a hearing on Defendants' Motion for Summary Judgment, (Dkt. 53), Defendants' Motion to Exclude of Limit Testimony and Opinions of Adam Bercovici, (Dkt. 58), and Plaintiff's Daubert Motion to Limit the Testimony of Defendants' Expert Steve Ijames, (Dkt. 49), on **Tuesday, October 13, 2026, in the Sam Gibbons United States Courthouse, Tampa, Florida, Courtroom 7A at 9:30 AM** before United States District Judge Mary S. Scriven. The Court has set aside **the full day** for this hearing. **All Parties shall appear in person at the hearing.**

4. The Parties shall file exhibit lists and witness lists (if any live witnesses will be called at the hearing) on or before **Thursday, October 8, 2026, at 5:00 PM**.

5. Should the Parties resolve the matter in whole or in part such that a hearing is not required, they shall immediately notify the Court so that the hearing may be canceled.

6. All persons entering the Courthouse must present photo identification to Court Security Officers. Counsel are permitted to bring into the courthouse electronic devices in accordance with the procedures set forth in the standing Order of this Court: In re: Possession and Use of Personal Electronic Devices in Federal Courthouses in the Middle District of Florida, 6:13-mc-94-Orl-22 (October 1, 2013).

**DONE** and **ORDERED** in Tampa, Florida, this 26th day of August 2026.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party